# Third District Court of Appeal

## State of Florida

Opinion filed January 27, 2016.

_____

No. 3D15-473
Lower Tribunal No. 13-9523
_____

**Nikkia D. Brown,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Victoria S. Sigler, Judge.

Cudlipp & Cudlipp and Michael P. Cudlipp and Kevin E. Cudlipp, for appellant.

Franklin Legal Group and Jonathan D. Franklin, for appellee.

Before SALTER, FERNANDEZ and LOGUE, JJ.

PER CURIAM.

CONCESSION OF ERROR

Based on the appropriate concession of error by appellee, Citizens Property Insurance Corporation, we reverse the final summary judgment on appeal. As asserted by Citizens, because of a scrivener's error, the trial court granted summary judgment relying on language that was not the correct policy language at issue in this case. We therefore remand the cause for the trial court to consider the issues raised in the context of the correct policy language.